## Hornbeck *ads*. Low.

*P*ER *Curiam.* The two days allowed by the fixth rule of January Term, 1799, for making a cafe, cannot be enlarged by a Judge in favor of the party making the cafe; but the time which may be enlarged under that rule, is that allowed for propofing amendments, and that for notifying an appearance before the Judge and no other.